**Nellie Havern and Maggie Havern, appellees, v. National Council of Knights and Ladies of Security, appellant. Gen. No. 26,605.**

Action upon a life benefit certificate issued by defendant. Judgment for plaintiffs. For former opinion, see 209 Ill. App. 182. Appeal from the County Court of Cook county; the Hon. Arthur C. Fort, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

A. W. Fulton, John V. McCormick and S. J. Fulton, for appellant. Thurman, Hume & Kennedy, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

**Bernard W. Dammers and Cornelia M. H. Dammers, appellees, v. George W. Goldstine, appellant. Gen. No. 26,628.**

Action of forcible entry and detainer. Judgment for plaintiffs for possession. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed February 14, 1922.

Blum, Wolfsohn & Blum, for appellant; Harry J. Fireman, of counsel. Perley H. Bishop, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

**Owen O'Brien, plaintiff in error, v. Chicago City Railway Company and Chicago Railways Company, defendants in error. Gen. No. 27,058.**

Action for damages for personal injuries, received by plaintiff while in the employment of another, against defendant which was not under the Workmen's Compensation Act. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed February 20, 1922.

James C. McShane, for plaintiff in error. Charles LeRoy Brown, for defendants in error; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel.

Per Curiam.

---

**Harry Schubert, by Mary Schubert, appellee, v. Frank J. Patera, appellant. Gen. No. 26,280.**

Action for damages for personal injuries received when plaintiff was struck by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1920. Affirmed. McSurely, J., dissenting. Opinion filed March 7, 1922. Rehearing denied March 27, 1922.

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.